JENNY C. PARKS, PC
15821 US HWY 175
KEMP, TEXAS 75143
STATE BAR NO. 24002066
TEL: (972) 427-8888
FAX: (972) 472-3888
ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|    JARROD TRAVIS BUCK | § | CASE NO. 24-34004-SGJ |
| | § | |
|    DEBTOR | § | CHAPTER 7 |
| | § | |

## MOTION TO CONVERT CHAPTER 7 CASE TO CHAPTER 13 CASE

**NOW COMES, Jarrod Travis Buck,** Debtor in the above styled and numbered Chapter 7 case and files this his Motion to Convert from a Chapter 7 bankruptcy to a Chapter 13 bankruptcy, and for such would show the Court as follows:

1. This Court has a jurisdiction over this matter pursuant to 11 U.S.C. § 105 and 28 U.S.C. § 1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Debtor filed for bankruptcy protection under Chapter 7 of Title 11, United States Code ("the Code"), on December 9, 2024.

3. The Debtor's counsel mistakenly filed this case under a Chapter 7 case instead of a Chapter 13 case.

**WHEREFORE, PREMISES CONSIDERED,** Debtor Jarrod Travis Buck prays that the Court order his Chapter 7 case be converted to a case under Chapter 13; and for such other and further relief as the Court deems just.

Respectfully submitted,

JENNY C. PARKS, PC

_____
Jenny C. Parks
15821 US HWY 175
Kemp, Texas 75143
State Bar No. 24002066
Tel: (972) 427-8888
Fax: (972) 472-3888

ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Debtor's Motion to Convert from a Chapter 7 to a Chapter 13 case was mailed, first class mail or via email to interested parties attached on this the 9th day of December, 2024:

_____
Jenny C. Parks

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 24-34004-sgj7<br>Northern District of Texas<br>Dallas<br>Mon Dec  9 16:51:05 CST 2024 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | Attorney General of Texas<br>Bankruptcy Reporting Contact<br>OAG/CSD/Mail Code 38<br>P.O. Box  12017<br>Austin, TX 78711-2017 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Linebarger Goggan Blair Sampson<br>2323 Bryan St.<br>Suite 1600<br>Dallas, TX 75201-2637 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Texas Alcoholic Beverage Comm.<br>Licenses and Permits Division<br>P.O. Box 13127<br>Austin, TX  78711-3127 | Thomas Powers<br>Standing Chapter 13 Trustee<br>105 Decker Ct., Ste. 1150<br>11th Floor<br>Irving, TX 75062-3137 | United States Attorney<br>1100 Commerce St., 3rd Fl.<br>Dallas, TX 75242-1074 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | William T. Neary<br>United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242-0996 | Daniel J. Sherman<br>Daniel  J. Sherman, Trustee<br>509 N. Montclair<br>509 N. Montclair Ave.<br>Dallas, TX 75208-5450 |
| Jarrod Travis Buck<br>135 Colchester Dr.<br>Rockwall, TX 75032-0198 | Jenny C. Parks<br>Jenny C. Parks<br>15821 US Highway 175<br>Kemp, TX 75143-4313 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Comptroller
Revenue Accounting Div./Bankruptcy Sec.
P.O. Box 13528
Austin, TX  78711

End of Label Matrix
Mailable recipients    13
Bypassed recipients     0
Total                  13